# JAMES PELTIER

v.

# JAMES AND FRANCIS LASSELLE

1807

## Journal Entries

1. Declaration filed; appearance; rule to plead . *Journal, infra,* \*p. 62
2. Plea filed . . . . . . . . . . . . . " 83
3. Joinder in demurrer filed . . . . . . . . " 87
4. Arguments heard . . . . . . . . . . . " 93
5. Demurrer overruled; repleader awarded . . . . . " 96
6. Opinion . . . . . . . . . . . . . " 97
7. New declaration filed; rule to plead . . . . . . " 101
8. Pleas filed; rule to reply . . . . . . . . . " 106
9. Demurrer filed; joinder . . . . . . . . . " 106
10. Continuance . . . . . . . . . . . . " 118
11. Continuance . . . . . . . . . . . . " 129
12. Continuance . . . . . . . . . . . . " 208
13. Discontinuance . . . . . . . . . . . " 311
14. Opinion, etc., ordered transmitted . . . . . . " 367
15. Identity of papers transmitted . . . . . . . " 413

## Papers in S. C. File

1. Copy of district court record . . . . . . . . . .
2. Declaration . . . . . . . . . . . *Printed in Vol. 2*
3. Special plea and demurrer thereto . . . . . . . "
4. Declaration (incomplete). . . . . . . . . . .
5. Special pleas . . . . . . . . . . . . "
6. Demurrer to special pleas . . . . . . . . "
7. Recognizance . . . . . . . . . . . . "

## Papers in D. C. File

1. Declaration . . . . . . . . . . . . . . .